IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DYLAN BAKER,<br><br>    Plaintiff,<br><br>vs.<br><br>THOMAS P. STRIGENZ,<br><br>    Defendant. | 8:25CV17<br><br>**MEMORANDUM AND ORDER** |

This matter is before the Court on its own motion. On January 17, 2025, Plaintiff filed a Complaint, Filing No. 1, while he was incarcerated in the Sarpy County Jail in Papillion, Nebraska. According to the Sarpy County Jail's online inmate records, Plaintiff is no longer confined at the jail. *See* https://apps.sarpy.gov/arrestrecords/ (last visited June 30, 2025). Plaintiff has an obligation to keep the Court informed of his current address at all times. *See* NEGenR 1.3(e) and (g) (requiring pro se parties to adhere to local rules and inform the Court of address changes within 30 days). This case cannot be prosecuted in this Court if Plaintiff's whereabouts remain unknown.

IT IS THEREFORE ORDERED that:

1. Plaintiff must update his address within 30 days. Failure to do so will result in dismissal of this action without further notice to Plaintiff.

2. The Clerk of the Court is directed to set a pro se case management deadline in this case using the following text: **July 30, 2025**: check for address.

Dated this 30th day of June, 2025.

                  BY THE COURT:

                  s/ Joseph F. Bataillon
                  Senior United States District Judge